United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK, <br> Plaintiff <br><br> v. <br><br> CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem, <br> Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-183 <br><br><br> IN ADMIRALTY |

## MOTION FOR WARRANT OF MARITIME ARREST-F/V EL CAPI AND FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES FIRST NATIONAL BANK, Plaintiff herein and files this its Motion for Warrant of Maritime Arrest against the fishing trawler EL CAPI, and Appointment of Substitute Custodian and would request as follows:

1. Plaintiff states that an action *in rem* exists, the action being one of foreclosure and enforcement of maritime lien in accordance with 46 USC §31301 *et seq.*, and requests the Court, after consideration of the Plaintiff's Complaint, supporting affidavit and exhibits attached thereto on file in the above civil action and this Motion for an Order, direct the United States District Clerk to issue a Warrant of Maritime Arrest pursuant to Rule C of the Federal Rules of Civil Procedure against the fishing trawler EL CAPI that the Court grant this motion and issue its orders accordingly.

2. Plaintiff requests the appointment of a substitute custodian in place of the U. S. Marshal in order to reduce the costs of seizure.

3. Defendant vessel, EL CAPI, is currently hauled out and on a marine railway at the ZIMCO MARINE, INC. facility at the Shrimp Turning Basin of the Port of Brownsville. The vessel is undergoing major repairs to her engine, clutch and transmission. The engine has been removed and is preserved pending further repairs at Port Isabel, Texas. A hull and machinery insurance claim to pay for the repairs is pending. Plaintiff is a named insured on the policy of insurance. The terms of the first preferred mortgage grant Plaintiff the right to effect repairs and to otherwise preserve the vessel.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1. this Court grant this Motion;

2. the United States District Clerk for the Southern District of Texas, Brownsville Division, be ordered to issue a Warrant of Maritime Arrest against the fishing trawler EL CAPI, directing the United States Marshal to arrest the Defendant vessel on behalf of the Plaintiff;

3. a copy of this order be attached to and served with the said Warrant of Maritime Arrest;

4. ZIMCO MARINE, INC. of Port Isabel and Brownsville, Texas be appointed Substitute Custodian and caretaker of the Defendant vessel, EL CAPI, which custodian shall, during the pendency of this suit maintain the integrity of the said vessel, her hull, machinery, winches and equipment, preserving at all times the continuing jurisdiction of this Honorable Court;

5. the U. S. Marshal for the Southern District of Texas be instructed to release the Defendant vessel, EL CAPI, unto ZIMCO MARINE, INC.

6. ZIMCO MARINE, INC. be given permission to continue its repairs to the vessel;

7. in addition to notice by publication, notice of these proceedings be given to the owner, CAPI SANTOS, INC., c/o Jose Leopoldo Torres, 2214 Ringgold Street, Brownsville, Texas 78520, and such notification is to be made by Plaintiff or its counsel, through the United States Marshal;

8. the Defendant vessel EL CAPI be released from arrest without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the undersigned attorney, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED at Brownsville, Texas on this _____ day of October, 2003.

Respectfully Submitted,

T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com