United States District Court
Southern District of Texas
FILED

OCT 20 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK, Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem, Defendants | § § § § § § § § | IN ADMIRALTY |

## AFFIDAVIT IN SUPPORT OF APPOINTING SUBSTITUTE CUSTODIAN

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared T. MARK BLAKEMORE, attorney for FIRST NATIONAL BANK who being by me duly sworn on his oath deposed and said:

I.

I am the attorney of record for the plaintiff FIRST NATIONAL BANK in the above-entitled cause.

II.

In order to maintain the integrity of the Defendant vessel EL CAPI, her hull, machinery, winches and equipment, during the pendency of this suit and to preserve at all times the continuing jurisdiction of this Court, this affidavit is offered in Support of

Plaintiff's Motion for Warrant for Maritime Arrest and for Appointment of Substitute Custodian.

### III.

In order to maintain the value of the vessel by the most economic means and ensure the integrity of Defendant vessel, it will be in the best interests of all parties for the Court to appoint a Substitute Custodian and caretaker of the Defendant vessel.

### IV.

ZIMCO MARINE, INC. has many years of experience serving as a substitute custodian for the United States Marshal in the caretaking of vessels of all types and sizes, including shrimp trawlers such as the subject of this suit. It can provide adequate insurance to protect the value of the vessel.

_____
T. Mark Blakemore

SUBSCRIBED AND SWORN TO BEFORE ME on the 20th day of October, 2003, to certify which witness my hand and official seal.



VIRGINIA P. GIL
Notary Public, State of Texas
My Commission Expires 11-05-2005

Notary Public, State of Texas

---