United States District Court
Southern District of Texas
FILED

OCT 20 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK, Plaintiff | § § § § | |
| v. | § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem, Defendants | § § § § § § § | IN ADMIRALTY |

## HOLD HARMLESS AGREEMENT

FIRST NATIONAL BANK shall indemnify and save harmless the United States Marshals Service and its officers, agents, and employees from any suits, actions, losses, damages, claims, or liability of any character, type, or description including without limiting the generality of the foregoing, all expenses of litigation, court costs, and attorneys fees for injury to any person or property received or sustained by any person or persons arising out of or occasioned by the execution of this Writ of Execution and removal of property by the United States Marshals Service, its agents or employees, in the course of duly executing the Writ.

SIGNED AND EXECUTED on October 20, 2003.

FIRST NATIONAL BANK

By: *Carlos Bodden*
CARLOS BODDEN, Loan Officer