

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO<br>TORRES, JOSE SANTOS TORRES,<br>JOSE SANTOS TORRES, JR., and the<br>F/V EL CAPI, her engines, nets, tackle,<br>apparel, and furniture, etc., in rem,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ | IN ADMIRALTY |

### PLAINTIFF, FIRST NATIONAL BANK'S LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW Plaintiff FIRST NATIONAL BANK**, and files this list of entities it presently believes are financially interested in this litigation:

First National Bank
701 East Levee Street
Brownsville, TX 78520

F/V El Capi, by and through
Capi Santos, Inc.
Jose Leopoldo Torres, Registered Agent
2214 Ringgold St.
Brownsville, Texas 78520

Jose Leopoldo Torres
2214 Ringgold St.
Brownsville, Texas 78520

Capi Santos, Inc.
Jose Leopoldo Torres, Registered Agent
2214 Ringgold St.
Brownsville, Texas 78520

Jose Santos Torres, Sr.  
2214 Ringgold St.  
Brownsville, Texas 78520

Jose Santos Torres, Jr.  
2214 Ringgold St.  
Brownsville, Texas 78520

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Respectfully submitted,

By: _____  
T. Mark Blakemore  
Federal ID No. 1915  
State Bar No. 02431800

**Attorney for FIRST NATIONAL BANK**

T. Mark Blakemore  
Attorney, Counselor and Mediator  
835 E. Levee Street, Sixth Floor  
Brownsville, Texas 78520-5101

### CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing has been provided to the following although no answer has yet been received and there is no counsel of record on file.

Capi Santos, Inc.  
Jose Leopoldo Torres, Registered Agent  
2214 Ringgold St.  
Brownsville, Texas 78520

Jose Santos Torres, Jr.  
2214 Ringgold St.  
Brownsville, Texas 78520

Jose Leopoldo Torres  
2214 Ringgold St.  
Brownsville, Texas 78520

F/V El Capi, by and through  
Capi Santos, Inc.  
Jose Leopoldo Torres, Registered Agent  
2214 Ringgold St.  
Brownsville, Texas 78520

Jose Santos Torres, Sr.  
2214 Ringgold St.  
Brownsville, Texas 78520

Dated: November 13, 2003

_____  
T. Mark Blakemore