United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK,<br>    Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO<br>TORRES, JOSE SANTOS TORRES,<br>JOSE SANTOS TORRES, JR., and the<br>F/V EL CAPI, her engines, nets, tackle,<br>apparel, and furniture, etc., in rem,<br>    Defendants | § § § § § § § | IN ADMIRALTY |

## PLAINTIFF FIRST NATIONAL BANK'S
## NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW Plaintiff, FIRST NATIONAL BANK,** by its attorney, and files this its Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

1.  Plaintiff is **FIRST NATIONAL BANK**. A Defendant is **JOSE SANTOS TORRES, JR.**

2.  On October 20, 2003, plaintiff sued defendants for defaulting in the payment of promissory notes and to foreclosure a preferred ship mortgage against the **F/V EL CAPI** and certain real property securing the debt through deeds of trust.

3.  On October 23, 2003, defendant **JOSE SANTOS TORRES, JR.** was served with summons and a copy of plaintiff's complaint by personal service by a Deputy U.S. Marshal.

4. Defendant **JOSE SANTOS TORRES, JR.** did not file responsive pleadings or otherwise defend the suit. Likewise, none of the other defendants have appeared.

5. Plaintiff is voluntarily dismissing the suit against **JOSE SANTOS TORRES, JR.**, only.

6. This case is not a class action.

7. A receiver has not been appointed in this action.

8. This case is not governed by any federal statute that requires an order of the court for dismissal against **JOSE SANTOS TORRES, JR.**

9. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

10. This dismissal is without prejudice.

Dated: February 5, 2004.

Respectfully submitted,

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorney for **FIRST NATIONAL BANK**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5(b), on the 5th day of February, 2004, a true and correct copy of the foregoing pleading was served upon defendants in the manner indicated below:

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9529
**JOSE LEOPOLDO TORRES,** Individually and as registered agent for
**CAPI SANTOS, INC.**
2214 Ringgold St.
Brownsville, Texas 78520

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9512
**JOSE SANTOS TORRES**
2214 Ringgold St.
Brownsville, Texas 78520

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9536
**JOSE SANTOS TORRES, JR.**
2214 Ringgold St.
Brownsville, Texas 78520

T. Mark Blakemore