\16

United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FIRST NATIONAL BANK,**<br>**Plaintiff** | §<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. B-03-183** |
| **CAPI SANTOS, INC., JOSE LEOPOLDO**<br>**TORRES, JOSE SANTOS TORRES,**<br>**JOSE SANTOS TORRES, JR., and the**<br>**F/V EL CAPI, her engines, nets, tackle,**<br>**apparel, and furniture, etc., in rem,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§ | **IN ADMIRALTY** |

---

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
### FIRST AMENDED and SUPPLEMENTAL COMPLAINT

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **FIRST NATIONAL BANK** requests leave of court to file amended pleadings, Plaintiff's First Amended and Supplemental Complaint, and in support thereof files this memorandum of law.

### A. Introduction

1.    **FIRST NATIONAL BANK** is plaintiff.   **CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES,** and **F/V EL CAPI,** her engines and nets, tackle, apparel and furniture, *in rem ,*are defendants.

2.    On October 20, 2003, plaintiff sued defendants to collect a debt and to foreclose a preferred ship's mortgage against the **F/V EL CAPI.**

3.     On October 23, 2003 defendant **JOSE LEOPOLDO TORRES,** individually and as registered agent of **CAPI SANTOS, INC.** was served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal.  On October 23, 2003, defendant **JOSE SANTOS TORRES** was served with summons and a copy of plaintiff's complaint by personal service by a Deputy U.S. Marshal.  Defendants did not file responsive pleadings or otherwise defend the suit.

4.     Plaintiff filed a Notice of Voluntary Dismissal in favor of defendant, **JOSE SANTOS TORRES, JR.**

### B. Argument

5.     Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, no motion is necessary for the amended pleading in this instance because none of the defendants have served responsive pleadings, and Plaintiff is entitled to this first amendment as a matter of course.   However, Plaintiff also desires to supplement its complaint under Rule 15(d), which requires a permitting order of court, by setting forth transactions or occurrences or events that have happened since the date of the complaint.

6.     Plaintiff has exercised its non-judicial foreclosure remedies against the real property and vehicle securing the promissory notes that were the subject of the pendant jurisdiction claims raised in the complaint.  Plaintiff has applied credits against the indebtedness in the amount of the sale prices received at the foreclosure sales.  This has allowed Plaintiff to withdraw the pendant jurisdiction claims and to voluntarily dismiss one of the defendants, **JOSE SANTOS TORRES, JR.**   Plaintiff is further requesting to supplement its complaint to include vessel repair reimbursement and pleadings that acknowledge the arrest of the vessel and service on the parties.

7.    Defendants, **CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES,** and **F/V EL CAPI,** her engines and nets, tackle, apparel and furniture, *in rem* will not be prejudiced by Plaintiff's First Amended and Supplemental Complaint because its effect is to dismiss one of the defendants, reduce the amount of the indebtedness sought to be paid and allow Plaintiff to recover the cost of repairs it is entitled to recover under the terms of the first preferred mortgage.

8.    Plaintiff **FIRST NATIONAL BANK** is filing its amended and supplemental pleading along with this motion.

C. Conclusion

9.    For these reasons, Plaintiff asks the court to grant leave to file the supplemental pleading.

Respectfully submitted,

T. MARK BLAKEMORE
SBN: 02431800—Federal Admn. No. 1915

**ATTORNEY FOR PLAINTIFF**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5(b), on the 5th day of February, 2004, a true and correct copy of the foregoing pleading was served upon defendants in the manner indicated below:

**Via U.S. Certified Mail, RRR#7003 0500 0003 2609 9529**
**JOSE LEOPOLDO TORRES,** Individually and as registered agent for
**CAPI SANTOS, INC.**
2214 Ringgold St.
Brownsville, Texas 78520

**Via U.S. Certified Mail, RRR#7003 0500 0003 2609 9512**
**JOSE SANTOS TORRES**
2214 Ringgold St.
Brownsville, Texas 78520

**Via U.S. Certified Mail, RRR#7003 0500 0003 2609 9536**
**JOSE SANTOS TORRES, JR.**
2214 Ringgold St.
Brownsville, Texas 78520


T. Mark Blakemore