United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FIRST NATIONAL BANK,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | | CIVIL ACTION NO. B-03-183 |
| § | | |
| **CAPI SANTOS, INC., JOSE LEOPOLDO** § | | |
| **TORRES, JOSE SANTOS TORRES,** § | | |
| **JOSE SANTOS TORRES, JR., and the** § | | |
| **F/V EL CAPI,** her engines, nets, tackle, § | | |
| apparel, and furniture, etc., in rem, § | | **IN ADMIRALTY** |
| **Defendants** § | | |

## PLAINTIFF FIRST NATIONAL BANK'S
## REQUEST FOR ENTRY OF DEFAULT

**TO THE U. S. DISTRICT CLERK:**

**COMES NOW** Plaintiff, **FIRST NATIONAL BANK**, by its attorney, and files this, its Request for Entry of Default. Plaintiff asks the clerk of the court to enter default against defendant, as authorized by Federal Rule of Civil Procedure 55 and states as follows:

### A. Introduction

1. **FIRST NATIONAL BANK** is plaintiff. **CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES,** and **F/V EL CAPI,** her engines and nets, tackle, apparel and furniture, *in rem,* are defendants.

2. On October 20, 2003, plaintiff sued defendants to collect a debt and to foreclose a preferred ship's mortgage against the **F/V EL CAPI**.

3. On October 23, 2003 defendant **JOSE LEOPOLDO TORRES,** individually

and as registered agent of **CAPI SANTOS, INC.** was served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal. On October 23, 2003, defendant **JOSE SANTOS TORRES** was served with summons and a copy of plaintiff's complaint by personal service by a Deputy U.S. Marshal. Copies of the returns of service are attached collectively as **Exhibit "A"**. Defendants did not file responsive pleadings or otherwise defend the suit.

4. Plaintiff is, therefore, entitled to entry of default.

### B. Argument & Authorieis

5. The clerk of the court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); N.Y. *Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

6. The clerk should enter a default against defendants because defendants did not file answers within 20 days after October 23, 2003 the date of service. Fed. R. Civ. P. 12(a)(1)(A).

7. Plaintiff meets the procedural requirements for obtaining entry of default from the clerk as demonstrated by T. Mark Blakemore's sworn affidavit, attached as **Exhibit "B"**.

8. Because defendants did not file responsive pleadings or otherwise defend the suit, defendants are not entitled to notice of entry of default. *See Direct Mail Specialists, Inc. v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988).

### C. Conclusion

9. Plaintiff requests the entry of default in order to file its Motion for Default Judgment before this Honorable Court and to properly continue with this matter and

request sale of the defendant's vessel currently under arrest to satisfy any judgments granted herein.

### D. Prayer

10.   For these reasons, plaintiff asks the clerk to enter default in favor of plaintiff.

Respectfully Submitted,

_(signature)_

T. MARK BLAKEMORE
SBN: 02431800—Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

### CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5(b), on the 5th day of February, 2004, a true and correct copy of the foregoing pleading was served upon defendants in the manner indicated below:

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9529
**JOSE LEOPOLDO TORRES**, Individually and as registered agent for
**CAPI SANTOS, INC.**
2214 Ringgold St.
Brownsville, Texas 78520

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9512
**JOSE SANTOS TORRES**
2214 Ringgold St.
Brownsville, Texas 78520

*Via U.S. Certified Mail, RRR#*7003 0500 0003 2609 9536
**JOSE SANTOS TORRES, JR.**
2214 Ringgold St.
Brownsville, Texas 78520

_(signature)_
T. Mark Blakemore

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK,<br>    Plaintiff<br><br>v.<br><br>CAPI SANTOS, INC., JOSE LEOPOLDO<br>TORRES, JOSE SANTOS TORRES,<br>JOSE SANTOS TORRES, JR., and the<br>F/V EL CAPI, her engines, nets, tackle,<br>apparel, and furniture, etc., in rem,<br>    Defendants | CIVIL ACTION NO. B-03-183<br><br><br><br>IN ADMIRALTY |

### EXHIBITS TO FIRST NATIONAL BANK'S REQUEST FOR ENTRY OF DEFAULT

| PLF.<br>EX | # of<br>Pages | Beg<br>Pg # | End<br>Pg # | Doc Date | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| A | 3 | 1 | 1 | 10/23/2003 | Process Receipt and Return—Jose Leopoldo Torres |
| A | 3 | 2 | 2 | 10/23/2003 | Process Receipt and Return—Capi Santos, Inc. |
| A | 3 | 3 | 3 | 10/23/2003 | Process Receipt and Return—Jose Santos Torres |
| B | 2 | 1 | 2 | 02/03/004 | Affidavit in Support of Request for Entry of Default—<br>T Mark Blakemore |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose Leopoldo Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E. LEVEE ST. FL 6
BROWNSVILLE, TX 78520-5101

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jose Santos Torres

Address (complete only if different than shown above)
2214 Ringgold St
Brownsville, tx 78520

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/22/03
Time: 7:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Served 10/22/03 at 7:15 pm w/ wife

NOTE

Exhibit A

PRIOR EDITIONS MAY BE USED   Page 1 of 3   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-150 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC. et al. | Summons & Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capi Santos, Inc. by serving its registered agent
Jose Leopoldo Torres

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE ST FL 6
BROWNSVILLE TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956)541-5900
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 74 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jose Santos Torres

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
2214 Ringgold St
Brownsville TX 78520

| Date of Service | Time | |
|---|---|---|
| | 4:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Exhibit A

NOTE

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-153 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Jose Santos Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
2221? Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T. MARK BLAKEMORE  
ATTORNEY COUNSELOR AND MEDIATOR  
835 E LEVEE ST FL 6  
BROWNSVILLE TX 78520-5101

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 5  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (956) 541-5900  
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No.:  
District to Serve No.: 7  
Signature of Authorized USMS Deputy or Clerk  
Date: 9/22/0?

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
Jose Santos T.

Address (complete only if different than shown above):

Date of Service: 10/22/03  
Time: 4:15 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 4.00 | | | 4.00 | | | |

REMARKS:  
Served on 10/22/0? at 4:15 pm ...

NOTE

Exhibit A  
Page 3 of 3

PRIOR EDITIONS MAY BE USED  
3. NOTICE OF SERVICE  
FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK,<br>Plaintiff | § § § | |
| v. | § § § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem,<br>Defendants | § § § § § § | IN ADMIRALTY |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

On this day, T. MARK BLAKEMORE appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is T. Mark Blakemore, attorney for Plaintiff. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Plaintiff filed suit against defendants on October 20, 2003. Plaintiff requested service through the U. S. Marshal's office on or about October 22, 2003. JOSE LEOPOLDO TORRES, individually and as registered agent for CAPI SANTOS, INC.,

Affidavit in Support of Request for Entry of Default
w:\02303\Affidavit in Support of Request for Default 20040203 TMB/vpg

**EXHIBIT B
PAGE 1 of 2**

and JOSE SANTOS TORRES were served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal as evidenced by the U. S. Marshal's returns filed and identified collectively as Exhibit A to the Request for Entry of Default.

The defendants CAPI SANTOS, INC., JOSE LEOPOLDO SANTOS, and JOSE SANTOS TORRES did not file answers within 20 days after October 23, 2003, the date of service. Plaintiff is therefore entitled to a default judgment against defendants as provided by Fed. R. Civ. P. 55(a); N.Y. *Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996)."

_____
T. MARK BLAKEMORE

SWORN TO and SUBSCRIBED before me by T. Mark Blakemore on February 4, 2004.



_____
NOTARY PUBLIC, STATE OF TEXAS

Affidavit in Support of Request for Entry of Default
w:\02303\Affidavit in Support of Request for Default 20040203 TMB/vpg

**EXHIBIT B**
**PAGE 2 of 2**