IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **FIRST NATIONAL BANK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-0183 |
| § | |
| **CAPI SANTOS, INC.,** § | |
| **JOSE LEOPOLD TORRES,** § | |
| **JOSE SANTOS TORRES,** § | |
| **JOSE SANTOS TORRES, JR.,** § | |
| and the FV EL CAPI, her engines, nets, § | |
| tackle, apparel, and furniture, § | |
| etc., in rem, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on February 17, 2004, the Court **GRANTED** Plaintiff's Motion For Leave to File Plaintiff's First Amended and Supplemental Complaint [Dkt. No. 15].

DONE at Brownsville, Texas, this 17th day of February 2003.

Hilda G. Tagle
United States District Judge