IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| **FIRST NATIONAL BANK,** § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-03-0183 |
| § | |
| **CAPI SANTOS, INC.,** § **JOSE LEOPOLD TORRES,** § **JOSE SANTOS TORRES,** § **JOSE SANTOS TORRES, JR.,** § and the FV EL CAPI, her engines, nets, § tackle, apparel, and furniture, § etc., in rem, § § | |
| Defendants. § | |

### ENTRY OF DEFAULT

BE IT REMEMBERED that on February 17, 2004, the Court reviewed the filed in this matter and **GRANTED** Plaintiff First National Bank's Request For Entry Of Default [Dkt. No. 17] pursuant to Federal Rule of Civil Procedure 55. The Court finds that Defendants have been properly served and have failed to file timely responses to Plaintiff's complaint. Thus entry of default is warranted.

DONE at Brownsville, Texas, this 17th day of February 2003.

Hilda G. Tagle
United States District Judge