IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST NATIONAL BANK, § <br> Plaintiff § <br> § <br> v. § <br> § <br> CAPI SANTOS, INC., JOSE LEOPOLDO § <br> TORRES, JOSE SANTOS TORRES, § <br> JOSE SANTOS TORRES, JR., and the § <br> F/V EL CAPI, her engines, nets, tackle, § <br> apparel, and furniture, etc., in rem, § <br> Defendants § | CIVIL ACTION NO. B-03-183 <br><br><br> IN ADMIRALTY |

## NOTICE OF FILING
## PLAINTIFF'S FIRST AMENDED and SUPPLEMENTAL COMPLAINT

TO: JOSE LEOPOLDO SANTOS, individually and as registered agent of CAPI SANTOS, INC., and JOSE SANTOS TORRES at 2214 Ringgold St., Brownsville, Texas 78520 by CMRRR 7003 0500 0003 2609 9543 and 7003 0500 0003 2609 9550, respectively.

Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 15, FIRST NATIONAL BANK, Plaintiff herein, provides the Clerk of the Court in which this case is pending this Notice of Filing its First Amended and Supplemental Complaint. Defendants are being provided with copies of Plaintiff's First Amended and Supplemental Complaint.

Dated: February 19, 2004.

RESPECTFULLY SUBMITTED,

By: _____
T. Mark Blakemore
Federal ID No. 1915—State Bar No. 02431800
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com
Attorneys for **FIRST NATIONAL BANK**