IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIRST NATIONAL BANK, Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-183 |
| CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem, Defendants | § § § § § § § | IN ADMIRALTY |

## DEFAULT JUDGMENT

On February 17, 2004 the Court considered Plaintiff **FIRST NATIONAL BANK's** Request for Entry of Default against Defendants **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, CAPI SANTOS, INC.** and the **F/V EL CAPI**. The Court entered default on February 17, 2004. After considering the Court's file and Plaintiff's Motion for Default Judgment with its supporting affidavit, the Court

**FINDS** that Plaintiff, **FIRST NATIONAL BANK**, has a claim against Defendants under the February 20, 2002 promissory note and its modification and renewal dated April 5, 2003, both secured by a first preferred ship's mortgage, including the cost of insurance premium and repairs to the **F/V EL CAPI** and attorneys fees and expenses for collection of the debt as provided in said mortgage; and

**RENDERS** judgment, jointly and severally, against Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and against the Defendant Vessel, **F/V EL CAPI**, *in rem*, and it is therefore:

**ORDERED AND ADJUDGED** that Plaintiff's claim is hereby established as a maritime lien against the Defendant Vessel, **F/V EL CAPI**.

**ORDERED AND ADJUDGED** that Plaintiff, **FIRST NATIONAL BANK** recover of and from Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and Defendant Vessel **F/V EL CAPI**, *in rem*, the sum of $121,245.48 plus accrued interest in the amount of $4,668.51 through May 20, 2004 and such interest as may accrue thereafter until the date of this judgment at the rate of 18% [$60.63 per day] until paid.

**ORDERED AND ADJUDGED** that Plaintiff, **FIRST NATIONAL BANK** recover of and from Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and **F/V EL CAPI**, *in rem*, the sum of $14,084.20 expended for repairs to the vessel.

**ORDERED AND ADJUDGED** that Plaintiff, **FIRST NATIONAL BANK** recover of and from Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and **F/V EL CAPI**, *in rem*, the sum of $2,761.80 expended for the insurance premium for the vessel.

**ORDERED AND ADJUDGED** that Plaintiff, **FIRST NATIONAL BANK** recover of and from Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and **F/V EL CAPI**, *in rem*, attorney's fees in the amount of $21,414.00 and expenses in the amount of $648.77.

**ORDERED AND ADJUDGED** that Plaintiff, **FIRST NATIONAL BANK,** recover of and from Defendants, **JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **CAPI SANTOS, INC.**, *in personam*, and **F/V EL CAPI**, *in rem*, costs of court.

**ORDERED AND ADJUDGED** that Plaintiff recover post judgment interest of 18% per annum on the judgment amount until fully satisfied.

**ORDERED AND ADJUDGED** that execution on this judgment issue.

**ORDERED AND ADJUDGED** that the **F/V EL CAPI**, her engine, tackle, apparel, *etc.*, and all other necessaries belonging and appertaining thereto, currently under arrest within the jurisdiction of this Court, are hereby condemned and are to be sold in execution by the United States Marshal, and the proceeds, after payment of the Marshal's fee and expenses, be paid to Plaintiff toward satisfaction of the judgment, and the amount in excess of the judgment, if any, be paid to Defendant, **CAPI SANTOS, INC.**

**ORDERED AND ADJUDGED** that the funds on deposit with the U. S. Marshal be returned to Plaintiff **FIRST NATIONAL BANK**, in the sum of $5,000.00 less costs paid or owed to the U. S. Marshal, if any.

SIGNED on July 01, 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By: _____
T. Mark Blakemore
Federal ID No. 1915 • State Bar No. 02431800

Attorneys for **FIRST NATIONAL BANK**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone • (956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com