United States District Court
Southern District of Texas
FILED

JUL 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK,<br>Plaintiff | §<br>§<br>§ | |
| v.<br>CAPI SANTOS, INC., JOSE LEOPOLDO<br>TORRES, JOSE SANTOS TORRES,<br>JOSE SANTOS TORRES, JR., and the<br>F/V EL CAPI, her engines, nets, tackle,<br>apparel, and furniture, etc., in rem,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.　B-03-183<br><br><br><br>IN ADMIRALTY |

## BILL OF COSTS

Judgment having been entered in the above entitled action on or about July 1, 2004 against **CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES**, and **F/V EL CAPI, her engines, nets, tackle, apparel, and furniture,** *etc., in rem,* the Clerk is required to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 413.64 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |

| | |
|---|---:|
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
|     Substitute Custodian Fee through April 1, 2004 is $2,812.74 plus $30.00 per day through July 29, 2004 in the amount of $3,570.00 | 6,382.74 |
|     Publication Fee-The Brownsville Herald Notice of Arrest—$366.12; Notice of Sale—$948.24 | 1,314.36 |
|     Insurance Fee | 910.00 |
| TOTAL | $9,035.74 |

SPEICAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: JOSE LEOPOLDO SANTOS, individually and as registered agent of CAPI SANTOS, INC., and JOSE SANTOS TORRES at 2214 Ringgold St., Brownsville, Texas 78520 by CMRRR 7003 3110 0004 2090 8941 and 7003 3110 0004 2090 8958, respectively.

_T. MARK BLAKEMORE_

For: **FIRST NATIONAL BANK**            DATE: July 28, 2004

Costs are taxed in the amount of $9,035.74 and included in the judgment.

MICHAEL N. MILBY          By:_____          _____
Clerk of Court                      Deputy Clerk                        Date



```
Mon Oct 20 14:46:22 2003

    UNITED STATES DISTRICT COURT

    HOUSTON          , TX

Receipt No.   1 117937
Cashier       gabriela

Check Number:  1115

D# Code     Div No
 4679          1

Sub Acct Type Tender      Amount
1:086900  N     2          60.00
2:510000  N     2          90.00

Total Amount        $     150.00

  T Mark Blakemore  835 E Levee  Brown
sville, Texas 78520-5101

  Filing Fee on CA B 03-183




      bn


Mon Oct 20 14:46:22 2003

Check No.  1115
Amount$    150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4679
```

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC. et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capi Santos, Inc. by serving its registered agent
Jose Leopoldo Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T. MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E. LEVEE ST. FL 6
BROWNSVILLE, TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 10/20/2003

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jose Santos Torres

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
2214 Ringgold St
Brownsville TX 78520

Date of Service: 10/23/03
Time: 4:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | 45.75 | |

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose Leopoldo Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E. LEVEE ST. FL 6
BROWNSVILLE, TX 78520-5101

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jose Santos Torres

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
2214 Ringgold St
Brownsville, TX 78520

Date of Service: 10/17/0_
Time: 7:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jose Santos Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2221 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE ST FL 6
BROWNSVILLE TX 78520-5101
```

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 5
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (956) 541-5900

DATE: 10/20/2003

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 10/22/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Jose Santos Torres | |

| Address (complete only if different than shown above) | Date of Service | Time | |
|---|---|---|---|
| 2214 [illegible] | 10/22/03 | 4:15 | ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| NEW | | | NEW | | | |

REMARKS:

Served on 10/22/03 at 4:15pm [illegible]

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CAPI SANTOS, INC., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose Santos Torres

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE ST FL 6
BROWNSVILLE, TX 78520-5101

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 10/27/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
_Santo Tr..._

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
2214 Ringgold St.
Brownsville TX 78520

Date of Service: 10/7/11   Time: 4:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Served on 10/27/03 around 4:15 pm...

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B 03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC., et al. | Warrant of Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V EL CAPI, her engines, nets, tackle, apparel, and furniture etc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2214 Ringgold St., Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE ST FL 6
BROWNSVILLE TX 78520-5101

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve CAPI SANTOS, INC. or person in charge of F/V EL CAPI at its offices located at Gator Court, Shrimp Turning Basin, Port of Brownsville, Brownsville, Texas and coordinate arrest with ZIMCO MARINE INC., (Greg Londrie), telephone (956) 831-7828, the appointed Substitute Custodian.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 10/20/2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 10/21/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Greg Londrie  Substitute Custodian

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Zimco Marine

Date of Service: 10/23/03   Time: 2:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 7.90 | | 52.90 | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIRST NATIONAL BANK | B-03-183 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAPI SANTOS, INC. et al. | NOTICE OF ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE BROWNSVILLE HERALD

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1135 E VAN BUREN ST
BROWNSVILLE TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
ATTORNEY COUNSELOR AND MEDIATOR
835 E LEVEE ST FL 6
BROWNSVILLE TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Publish the Notice once in the classified section of The Brownsville Herald.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (956)541-5900
DATE: 11-04-2003

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date: 11/05/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Ignacio Ortega Jr (classified sales rep)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/05/03
Time: 10 50 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | .72 | | $45.72 | | | |

REMARKS:
1 Deputy 1hr 2 mile Round trip
10 50 am

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

Zimco Marine Inc.  
P.O. Drawer AE  
Port Isabel, Tx 78578  
(956) 943-2672

04/01/2004

### F/V El Capi

| | |
|---|---|
| October 23rd, 2003 | Boat was seized at approximately 3:30pm by the U.S. Marshals office at our dry dock facility. |
| $30.00 | Daily Custodial Fee |
| $30.00 | Total |

| | |
|---|---|
| October 24th, 2003 | |
| $30.00 | Account Balance |
| | Amount to lock up and secure vessel on dry dock bed. Secured cabin doors with locks. |
| $202.74 | Removed the starter and alternator from the engine room. Items are stored inside our store. |
| $30.00 | Daily Custodial Fee |
| $262.74 | Total |

| From: | To: | |
|---|---|---|
| Saturday, October 25, 2003 | Thursday, April 1, 2004 | 160 Days |
| $262.74 | Beginning Account Balance | |
| $4,800.00 | Custodial Fee ($30/Day) | |

$5,062.74   Subtotal as of   04/01/2004

| Beginning: | End: | |
|---|---|---|
| Wednesday, January 14, 2004 | Wednesday, March 31, 2004 | 75 Days |

The boat was launched on this date and towed to Port Isabel for the engine and marine gear to be overhauled and reassembled. During this time period (75 Days), the daily custodial fee will be credited.

($2,250.00)   Custodial Fee ($30/Day)

**$2,812.74**   Balance Total as of   04/01/2004



Attn: Virginia
From: Alma
The Brownsville Herald
3 pages including cover page.
Ph. 982-6635
Fax: 546-8946

Page 1

# The Herald  ElNuevoHeraldo

**The Brownsville Herald**
1135 E. Van Buren
Brownsville, TX 78520
(956) 542-4301
TAX ID 74-1157766

ACCOUNT NO. __4745__  BALANCE DUE __$1,300.46__  CHECK NO. _____

MKT. CONSULTANT __Alma Barrera__  DEPARTMENT __LG__  AMOUNT PAID _____

U.S. MARSHALL-LEGALS
ATTN: ROBERT CERVANTES
600 E. HARRISON RM. 1032
BROWSNVILLE, TX 78521-0000

## Advertising Invoice

| INVOICE DATE | INVOICE NO. |
|---|---|
| 7/26/04 | 4745-1103 |

TO ASSURE PROPER CREDIT - PLEASE RETURN TOP PORTION WITH REMITTANCE - ENTER ACCOUNT NUMBER ON YOUR CHECK

| ACCOUNT NUMBER | CURRENT | | PAST DUE | | PAST DUE 91-OVER |
|---|---|---|---|---|---|
| 4745 | $366.12 | $894.76 | | $39.58 | $0.00 |

| DATE | REF | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|
| 11/01/03 | AGING | * BALANCE FORWARD * | | | 1,198.76 |
| 11/07/03 | 235946 | LEGALS | 9.00 | 9.040 | 81.36 |
| 11/07/03 | 235972 | LEGALS | 11.25 | 9.040 | 101.70 |
| 11/10/03 | 238909 | LEGALS | 9.00 | 9.040 | 81.36 |
| 11/14/03 | 235972 | LEGALS | 11.25 | 9.040 | 101.70 |
| 11/28/03 | 1128333 | LEGAL PAYMENT | | | 264.42- |

| PREVIOUS BALANCE | NEW CHARGES | CREDITS | | BALANCE DUE |
|---|---|---|---|---|
| $1,198.76 | $366.12 | $264.42 | = | $1,300.46 |

**REMIT TO:** THE BROWNSVILLE HERALD
BUSINESS OFFICE
1135 E. VAN BUREN
BROWNSVILLE, TX 78520

TEARS

This statement is due upon receipt, all payments received after the 25th of the month will not be reflected on this statement.

*THANK YOU!*

[*]

**REMIT TO:** **THE BROWNSVILLE HERALD**
BUSINESS OFFICE
1135 E. VAN BUREN
BROWNSVILLE, TX 78520

TEARS

This statement is due upon receipt, all payments received after the 25th of the month will not be reflected on this statement.

*THANK YOU!*

Received Time Jul.27. 4:30PM

# The BROWNSVILLE Herald ElNuevoHeraldo

Page 1  
The Brownsville Herald  
1135 E. Van Buren  
Brownsville, TX 78520  
(956) 542-4301  
TAX ID 74-1157766

**ACCOUNT NO.** 4745  
**BALANCE DUE** $1,919.00  
**CHECK NO.** _____

**MKT. CONSULTANT** Alma Barrera  
**DEPARTMENT** LG  
**AMOUNT PAID** _____

U.S. MARSHALL-LEGALS  
ATTN: ROBERT CERVANTES  
600 E. HARRISON RM. 1032  
BROWSNVILLE, TX 78521-0000

### Advertising Invoice

| INVOICE DATE | INVOICE NO. |
|---|---|
| 7/26/04 | 4745-0704 |

TO ASSURE PROPER CREDIT - PLEASE RETURN TOP PORTION WITH REMITTANCE - ENTER ACCOUNT NUMBER ON YOUR CHECK

| ACCOUNT NUMBER | CURRENT | | | PAST DUE 91-OVER |
|---|---|---|---|---|
| 4745 | $948.24 | $894.76 | $76.00 | $0.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/04 | AGING | * BALANCE FORWARD * | | | | 1,198.76 |
| 07/02/04 | 702428 | LEGAL PAYMENT | | | | 228.00- |
| 07/21/04 | 261348 | LEGALS B-03-183 | | 24.00 | 9.500 | 228.00 |
| 07/22/04 | 261348 | LEGALS B-03-183 | | 24.00 | 9.500 | 228.00 |
| 07/23/04 | 261348 | LEGALS B-03-183 | | 24.00 | 9.500 | 228.00 |
| 07/25/04 | 261348 | LEGALS B-03-183 | SUN | 24.00 | 11.010 | 264.24 |

| | | | |
|---|---|---|---|
| $1,198.76 | $948.24 | $228.00 | $1,919.00 |

**REMIT TO:** THE BROWNSVILLE HERALD

This statement is due upon receipt, all payments received after