United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FIRST NATIONAL BANK,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-03-183 | |
| § | | |
| CAPI SANTOS, INC., JOSE LEOPOLDO § | | |
| TORRES, JOSE SANTOS TORRES, § | | |
| JOSE SANTOS TORRES, JR., and the § | | |
| F/V EL CAPI, her engines, nets, tackle, § | | |
| apparel, and furniture, etc., in rem, § | IN ADMIRALTY | |
| **Defendants** § | | |

## MOTION TO CONFIRM SALE OF F/V EL CAPI

COMES NOW FIRST NATIONAL BANK, Plaintiff, by its attorneys, and moves the Court for an Order confirming sale by the United States Marshal for this District of the defendant F/V EL CAPI to FIRST NATIONAL BANK, and respectfully shows to the Court as follows:

That on July 1, 2004, this Court duly entered a Default Judgment in this proceeding that ordered the defendant F/V EL CAPI be sold in execution by the United States Marshal. That pursuant to said order, a notice of sale was published in a manner prescribed by law for a period of four days.

That the sale of said vessel was duly and regularly conducted by the United States Marshal for this District on July 29, 2004 in Room 104 of the United States Courthouse at 600 East Harrison Street, Brownsville, Texas at 10:00 o'clock a.m. All bidders registered with the Marshal before the sale. There were two bidders and the highest bid was $17,000.00. FIRST NATIONAL BANK, the Judgment Plaintiff and successful bidder, was not required to deposit funds as the amount of its bid, less costs of sale, will be credited against the judgment.

Motion to Confirm Sale of F/V EL CAPI
w:\02303\" tmb/vpg
Page 1 of 2

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1. the sale of the defendant vessel be confirmed;

2. the judgment amount be offset by $17,000.00 less costs of the sale;

3. that the Marshal release and deliver the defendant vessel to FIRST NATIONAL BANK;

4. the Marshal execute and deliver a bill of sale for F/V EL CAPI to FIRST NATIONAL BANK extinguishing all prior liens and encumbrances; and

5. the Marshal otherwise follow the orders contained in the Default Judgment of the Court dated July 1, 2004.

SIGNED on the 29th day of July, 2004.

                                      Respectfully Submitted,

                                      T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com