United States District Court
Southern District of Texas
ENTERED

AUG 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK,<br>    Plaintiff<br><br>v.<br><br>CAPI SANTOS, INC., JOSE LEOPOLDO TORRES, JOSE SANTOS TORRES, JOSE SANTOS TORRES, JR., and the F/V EL CAPI, her engines, nets, tackle, apparel, and furniture, etc., in rem,<br>    Defendants | CIVIL ACTION NO. B-03-183<br><br>IN ADMIRALTY |

## ORDER CONFIRMING SALE OF F/V EL CAPI

The defendant vessel **F/V EL CAPI** having been sold by the Marshal to **FIRST NATIONAL BANK**, upon its bid of SEVENTEEN THOUSAND DOLLARS ($17,000.00), and it being shown to the Court that the sale was made in conformity with the Default Judgment heretofore made and entered in this action, and in conformity with the rules of this Court, and that **FIRST NATIONAL BANK** was not required to deposit funds as the amount of its bid will be credited against the judgment, less the United States Marshal commission on the sale, and expenses of sale, pending confirmation of sale, it is now

ORDERED:

1. That the sale of the defendant vessel **F/V EL CAPI**, Official No. 576907, to **FIRST NATIONAL BANK** upon its bid of SEVENTEEN THOUSAND AND NO/100 ($17,000.00) DOLLARS be and the same is hereby CONFIRMED;

2. That the Marshal release and deliver the defendant vessel, **F/V EL CAPI** to **FIRST NATIONAL BANK**;

3. That the Marshal execute and deliver a bill of sale for **F/V EL CAPI** free and clear of all liens and encumbrances to **FIRST NATIONAL BANK**; and

4. That the Marshal otherwise follow the orders set forth in this Court's Default Judgment of July 1, 2004.

SIGNED on the __3rd__ day of __August__, 2004.

_____
PRESIDING JUDGE

APPROVED AND ENTRY REQUESTED BY:

_____
T. Mark Blakemore
State Bar No. 02431800–Fed ID#1915

Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
Telephone: (956) 541-5900
Facsimile: (956) 541-5905

**Attorney for the Plaintiff
FIRST NATIONAL BANK**